# United States Bankruptcy Court
## Southern District of Ohio

In re: **Mary M Crooks**, Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **April 30, 2019**

/s/ **Mary M Crooks**
**Mary M Crooks**
Signature of Debtor